# Court of Appeals
# of the State of Georgia

ATLANTA,  August 19, 2025

*The Court of Appeals hereby passes the following order:*

### A26A0091. JACK D. DAVIS v. THURGOOD ESTATES HOMEOWNERS' ASSOCIATION, INC.

On June 26, 2024, the trial court entered default judgment against Jack Davis.[1] On May 21, 2025, Davis filed a notice of appeal. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of the trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). Davis's notice of appeal was filed 329 days after entry of the order he seeks to appeal and therefore was untimely. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/19/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] The trial court also entered default judgment against Tyisha Fernandes, but she is not part of this appeal.